IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 26 PM 1: 24

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. Nos. 05-20076-B & 05-20077-B |
| RITA WILLIAMSON, | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION TO SEVER AND TRANSFER CAUSES

Upon motion of the defendant, and without objection by the United States, the defendant's motion to sever and transfer the above-referenced causes is hereby **GRANTED**.

This Honorable Court will hereby sever Ms. Williamson from Case Nos. 05-20076 and 05-20077 pending before the Court and transfer those causes to the chambers of the Honorable Bernice Donald.

It is so **ORDERED**.

This the 25th day of July 2005.

J. Daniel Breen
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:05-CR-20077 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT