IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -2 PM 5: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>VS. )<br>)<br>RITA WILLIAMSON )<br>    Defendant. )<br>) | CR. NO. 05-20066-D; 05-20071-D<br>       05-20075-D; 05-20076-D<br>       05-20077-D |

**ORDER ON CHANGE OF PLEA**
**AND SETTING**

   This cause came to be heard on September 2, 2005, the United States Attorney for this district, Timothy R. DiScenza, appearing for the Government and the defendant, Rita Williamson, appearing in person and with counsel, Edwin A. Perry, who represented the defendant.

   With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment 05-20066, Count 1 of the Indictment 05-20075, and Count 1 of the Indictment 05-20076.

   Remaining Counts in Indictments 05-20066, 05-20071, 05-20075, 05-20076, and 05-20077 shall be dismissed at the Sentencing Hearing.

   Plea colloquy was held and the Court accepted the guilty plea.

   **SENTENCING** in this case is **SET** for **FRIDAY, JANUARY 27, 2006, at 1:30 P.M., in Courtroom No. 3, on the 9th floor before Judge Bernice B. Donald.**

   Defendant is allowed to remain released on present bond.

   **ENTERED** this the **2nd** day of September, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-8-05

66

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:05-CR-20077 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT